**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ALBERTO E. ICAZA,

      Petitioner,

v.                                                            Case No.: 3:24-cv-117-WWB-PDB

U.S. ATTORNEY'S OFFICE,

      Respondent.
_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the record. Plaintiff filed this case on February 2, 2024. However, Plaintiff failed to either file an Affidavit of Indigency or other application to proceed *in forma pauperis* or pay the full filing fee. The Court ordered Plaintiff to do so on or before February 20, 2024. (Doc. 2 at 1). Plaintiff did not timely file a motion or pay the filing fee. Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to close this case.

**DONE AND ORDERED** in Jacksonville, Florida on February 27, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party